# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-1242
LT Case No. 2016-CA-010468

———————————————

ALBERT N. KISH AND LINDA A.
KISH,

    Appellants,

    v.

JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION,

    Appellee.

———————————————

On appeal from the Circuit Court for Brevard County.
Samuel Bookhardt, III, Judge.

Justin R. Payne, of The Law Offices of Justin R. Payne, P.A.,
Cocoa, for Appellants.

Derek E. León and Laurie Uustal Mathews, of León Cosgrove
Jimenez, LLP, Miami, for Appellee.

May 29, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, EDWARDS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____